1  DAVID J. COOK, ESQ. (State Bar # 60859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 45,658

7  Attorneys for Creditors HILARY DEZOTELL, KEN HODEN,
   AND BRUCE WAGONER

8
               UNITED STATES BANKRUPTCY COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN JOSE DIVISION
11

12  In re:                              )    CASE NO. 98-51326 ASW-7
                                        )
13      KEITH HENSON,                   )
                                        )
14          Debtor.                     )
                                        )
15  _____)
                                        )
    HILARY DEZOTELL, an individual;     )    ADV. NO. 035136
16  KEN HODEN, an individual; and       )
    BRUCE WAGONER, an individual,       )
17                                      )    STATUS CONFERENCE STATEMENT
            Plaintiffs,                 )
18                                      )
    vs.                                 )
19                                      )
    H. KEITH HENSON, an individual,     )    Date: 4/27/09
20  Debtor,                             )    Time: 3:15 p.m.
                                        )    Courtroom: 3099
21          Defendant.                  )    Judge: Arthur A. Weissbrodt
                                        )
22  _____)

23      COMES NOW Plaintiffs HILARY DEZOTELL, an individual, KEN HODEN, an

24  individual, and BRUCE WAGONER, an individual ("Plaintiffs"), who hereby file their

25  Status Conference Statement, as follows:

26      Plaintiffs have been informed that Mr. Henson's appeal of the criminal conviction

27  was heard by the Superior court, Appellate Division on April 10, 2009 and further

28  informed that the Court has since issued a decision adverse to Mr. Henson. Plaintiffs have

not seen, nor reviewed, any written opinion by the court.

Mr. Henson might have other appellate rights up to and through the California courts and the ruling, if any, of the Superior Court, Appellate Division, might not be final.

Plaintiffs request a continuance of this status conference for another 60 days to enable Plaintiffs to obtain a copy of the written opinion or ruling of the court, evaluate its significance in the context of these proceedings, and determine if Mr. Henson will avail himself of any remaining appellate rights.

DATED: April 24, 2009          COOK COLLECTION ATTORNEYS

By: /s/ David J. Cook, Esq.
DAVID J. COOK, ESQ. (SB# 060859)
Attorneys for Creditors HILARY DEZOTELL,
KEN HODEN, AND BRUCE WAGONER

F:\USERS\DJCNEW\henson.SCS4

# PROOF OF SERVICE

| | |
|---|---|
| H. KEITH HENSON<br>c/o BARBARA GRAHAM<br>P.O. Box 86824<br>San Diego, CA 92138<br>Email: hkhenson@rogers.com | HELENA K. KOBRIN, ESQ.<br>MOXON & KOBRIN<br>3055 Wilshire Blvd., Suite 900<br>Los Angeles, CA 90010 |
| CAROL WU<br>CHAPTER 7 PANEL TRUSTEE<br>25A Crescent Drive, Suite 413<br>Pleasant Hill, CA 94523 | SUSAN LUCE, ESQ.<br>LAW OFFICE OF CHARLES LOGAN<br>95 S. Market Street, Suite 550<br>San Jose, CA 95113 |
| ELAINE M. SEID, ESQ.<br>MCPHARLIN, SPRINKLES &<br>THOMAS, LLP<br>Ten Almaden Blvd., Suite 1460<br>San Jose, CA 95113 | WAYNE SILVER, ESQ.<br>111 W. Evelyn Avenue, Suite 107<br>Sunnyvale, CA 90010 |
| SAMUEL D. ROSEN, ESQ.<br>159 West 53rd Street, Apt. 26C<br>New York, NY 10019 | UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES<br>TRUSTEE<br>280 South First Street, Rm. 268<br>San Jose, CA 95113 |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

STATUS CONFERENCE STATEMENT

on the above-named person(s) by:

__XXX__ (BY ECF NOTIFICATION) By the court's efiling, ECF notification process.

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to Keith Henson.

__XXX__ (BY EMAIL) Placing emailing to Keith Henson at the above email address as a scanned pdf document.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2009.

/s/ Karene Jen
Karene Jen