DAVID J. COOK, ESQ. (State Bar # 60859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 45,658

Attorneys for Creditors HILARY DEZOTELL, KEN HODEN,
AND BRUCE WAGONER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>KEITH HENSON,<br><br>    Debtor.<br>_____<br>HILARY DEZOTELL, an individual;<br>KEN HODEN, an individual; and<br>BRUCE WAGONER, an individual.<br><br>    Plaintiffs,<br><br>vs.<br><br>H. KEITH HENSON, an individual,<br>Debtor,<br><br>    Defendant.<br>_____ | CASE NO. 98-51326 ASW-7<br><br><br><br><br>ADV. NO. 03-05136<br><br>STATUS CONFERENCE STATEMENT<br><br><br><br>Date: 7/15/09<br>Time: 3:15 p.m.<br>Courtroom: 3099<br>Judge: Arthur A. Weissbrodt |

COMES NOW Plaintiffs HILARY DEZOTELL, an individual, KEN HODEN, an individual, and BRUCE WAGONER, an individual ("Plaintiffs"), who hereby file their Status Conference Statement, as follows:

Plaintiffs have been informed that Mr. Henson is continuing with his appeal of the criminal conviction, by a Petition to the Supreme Court, which apparently is pending at this time. Mr. Henson did not prevail at the intermediate level, and the decision was

1 | adverse to him.
2 |     Plaintiffs request a continuance of this status conference for another 60 days to
3 | enable Plaintiffs to let the proceedings pending in the California state courts come to a
4 | conclusion.
5 | DATED: July 10, 2009    COOK COLLECTION ATTORNEYS
6 | By: /s/ David J. Cook, Esq.
    DAVID J. COOK, ESQ. (SB# 060859)
7 | Attorneys for Creditors HILARY DEZOTELL, KEN HODEN, AND BRUCE WAGONER
8 |
9 | F:\USERS\DJCNEW\henson.scs5

# PROOF OF SERVICE

| | |
|---|---|
| H. KEITH HENSON<br>c/o BARBARA GRAHAM<br>P.O. Box 86824<br>San Diego, CA 92138<br>Email: hkhenson@rogers.com | HELENA K. KOBRIN, ESQ.<br>MOXON & KOBRIN<br>3055 Wilshire Blvd., Suite 900<br>Los Angeles, CA 90010 |
| CAROL WU<br>CHAPTER 7 PANEL TRUSTEE<br>25A Crescent Drive, Suite 413<br>Pleasant Hill, CA 94523 | SUSAN LUCE, ESQ.<br>LAW OFFICE OF CHARLES LOGAN<br>95 S. Market Street, Suite 550<br>San Jose, CA 95113 |
| ELAINE M. SEID, ESQ.<br>MCPHARLIN, SPRINKLES &<br>THOMAS, LLP<br>Ten Almaden Blvd., Suite 1460<br>San Jose, CA 95113 | WAYNE SILVER, ESQ.<br>111 W. Evelyn Avenue, Suite 107<br>Sunnyvale, CA 90010 |
| SAMUEL D. ROSEN, ESQ.<br>159 West 53rd Street, Apt. 26C<br>New York, NY 10019 | UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES<br>TRUSTEE<br>280 South First Street, Rm. 268<br>San Jose, CA 95113 |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

STATUS CONFERENCE STATEMENT

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to Keith Henson.

__XXX__ (BY EMAIL) Placing emailing to Keith Henson at the above email address as a scanned pdf document.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2009.

/s/ Karene Jen
Karene Jen